**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 865 MAL 2014 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 2269 |
| | : | EDA 2013 entered on November 7, |
| | : | 2014, **affirming** the Order of the Lehigh |
| EDMUND L. HAENIG, | : | County Court of Common Pleas at No. |
| | : | CP-39-CR-0000743-1996 entered on |
| Petitioner | : | July 15, 2013 |

## ORDER

**PER CURIAM**                    DECIDED:  October 16, 2017

**AND NOW**, this 16th day of October, 2017, the Petition for Allowance of Appeal is

**GRANTED** and the Order of the Superior Court is **REVERSED**.  *See Commonwealth v.*

*Muniz*, ___ A.3d ___, 2017 WL 3173066 (Pa. Jul. 19, 2017).